## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>     -against-<br><br>FORESCOUT TECHNOLOGIES, INC., THERESIA GOUW, MICHAEL DECESARE, JAMES BEER, DAVID DEWALT, ELIZABETH HACKENSON, MARK JENSEN, KATHY MCELLIGOTT, ENRIQUE SALEM, and HEZY YESHURUN,<br><br>                Defendants. | Case No. 1:20-cv-00376-CFC<br>Hon. Judge Colm F. Connolly |

**NOTICE OF NON-OPPOSITION TO MOTION FILED BY RONALD BLACKWELL FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION <u>OF LEAD AND DELAWARE COUNSEL</u>**

Plaintiff Movant Ronald Blackwell ("Blackwell") respectfully submits this notice to inform the Court that no opposition has been filed to Blackwell's June 5, 2020 Motion for Appointment of Lead Plaintiff and Approval of His Selection of Lead Counsel (the "Motion"). (D.I. No. 14). This is a case governed by the Private Securities Litigation Reform Act ("PSLRA") and the PSLRA deadline to seek lead appointment was June 5, 2020. Blackwell is the only Forescout Technologies, Inc. shareholder who moved for lead appointment by the deadline. The fourteen-day period to file a response or opposition to this Motion was June 19, 2020. No response or opposition to this Motion has been filed. Accordingly, Blackwell respectfully requests that the Court grant his motion and enter an order appointing Blackwell as Lead Plaintiff, Monteverde & Associates PC as Lead Counsel, and Cooch and Taylor, P.A. as Delaware Counsel for the putative class.

Dated: June 26, 2020

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Blackwell*

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett (#5133)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Tel.: (302) 984-3800

*Delaware Counsel for Blackwell*

**ADEMI & O'REILLY, LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel.: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
         jfruchter@ademilaw.com

*Additional Counsel for Blackwell*

1